UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CHANDLER DAVALL,

          Plaintiff,

     v.

DHILLION, et al.,

          Defendants.

Case No.  2:25-cv-3507-DJC-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2026, are adopted in full;

2. Defendant CDCR is DISMISSED from this action because it is not a viable defendant under section 1983; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

.804

2